**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE TENTH CIRCUIT**

_____

| | |
|---|---|
| IN RE GARY L. BRYAN, also known as Gary L Bryan; office, director, shareholder of G.L. Bryan Investments, Inc.; also known as Gary Bryan; office, director, shareholder of Fort Love Aviation Services, Inc.; office, director, shareholder of Second Story Ventures, Inc.; office, director, shareholder of Disconnect, Inc.; office, director, shareholder of Tepgarde, LLC; office, director, shareholder of Reflex Systems, LLC; office, director, shareholder of Home Closings, LLC; office, director, shareholder of Goodrich Bryan Investments, Inc.; office, director, shareholder of Ft. Collins Tire & Auto Services, Inc.; office, director, shareholder of Unicomm Power Sources, LLC; office, director, shareholder of Check Processing Resources, Inc., | BAP No. CO-12-020 |
| Debtor. | Bankr. No. 05-38302<br>Adv. No. 10-01189<br>Chapter 7 |
| _____ | |
| M. STEPHEN PETERS, Trustee, | ORDER TRANSFERRING APPEAL TO U.S. DISTRICT COURT |
|     Plaintiff - Counter-Defendant - Appellee, | April 24, 2012 |
| v. | |
| ARTHUR CLARK, | |
|     Defendant-Counter-Claimant - Appellant - Cross-Appellee, | |
|   and | |
| JANEL K. BRYAN, | |
|     Defendant - Counter-Claimant - Appellee - Cross-Appellant, | |
|   and | |

AURORA LOAN SERVICES, LLC,

      Defendant - Appellee - Cross-Appellee,

  and

SPECIALIZED LOAN SERVICING, LLC,

      Defendant - Cross-Appellee,

  and

VECTRA BANK COLORADO, N.A.,

      Defendant.

_____

    The matter before the Court is Arthur Clark's Election ("Election") filed by Arthur Clark ("Appellee").  In the Election, Appellee has timely filed an objection to the disposition of this matter by this Court.

    Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), it is HEREBY ORDERED that:

    (1)    This appeal is transferred to the United States District Court.

    (2)    Any deadlines, notices of deficiency, or orders to show cause previously set by this Court are VACATED.

    (3)    This Court's record is transmitted to the United States Bankruptcy Court.

    For the Panel:

    Blaine F. Bates
    Clerk of Court