IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **12-cv-746-AP**

In re: **GARY LEE BRYAN**

**ARTHUR CLARK,**

    Defendant/Appellant

v.

**M. STEPHEN PETERS, Chapter 7 Trustee,**
    Plaintiff/Appellee;

**JANEL K. BRYAN,**
    Defendant/Appellee/Cross Appellant;

**AURORA LOAN SERVICES, LLC,**
    Defendant/Appellee

---

## ORDER DISMISSING CROSS-APPEAL

Kane, J.

Upon consideration of Defendant/Appellee/Cross-Appellant Janel K. Bryan's Motion to Dismiss Cross-Appeal (doc. #30), filed July 30, 2012, it is

**ORDERED** that the Motion is **GRANTED**. The Cross-Appeal of Janel K. Bryan is **DISMISSED**, the parties to bear their own costs and attorney fees.

Dated:  July 31, 2012.

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT